

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Erik Mercado-Arechiga

**Civil Action No.**   26-cv-683-JES-DEB

**Plaintiff,**

V.

See Attachment

## JUDGMENT IN A CIVIL CASE

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court DENIES WITHOUT PREJUDICE Petitioner's writ of habeas corpus. The case is hereby closed.

**Date:**        4/6/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Quinata

M. Quinata, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No. 26-cv-683-JES-DEB

v.

Respondents: Christopher Larose; Daniel A. Brightman; Todd Lyons; Kristi Noem; Pamela Bondi; ICE; and Department of Homeland Security DHS